**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| TREY MANSFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1396 |
| | ) | Judge Trauger |
| CITY OF MURFREESBORO, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Judge Trauger hereby recuses herself in this case. The initial case management

conference scheduled before her on August 25, 2014 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 21st day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge