UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TREY MANSFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:14-1396 |
| v. | ) Judge Sharp/Bryant |
| | ) |
| CITY OF MURFREESBORO, TENNESSEE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 10).

An initial case management conference is set for **Tuesday, September 2, 2014, at 10:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to September 2, 2014.

It is so **ORDERED**.

JOHN S. BRYANT
United States Magistrate Judge